IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY PEARCE, individually and on
behalf of all others similarly situated,

*Plaintiff,*

v.

MIZUHO BANK, LTD., a Japanese financial
institution, and MARK KARPELES, an
individual,

*Defendants.*

Case No. 18-cv-00306

Hon. Robert F. Kelly

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE ALTERNATIVE SERVICE ON DEFENDANT MARK KARPELES

This matter is before the Court on Plaintiff's Motion to Approve Alternative Service on Defendant Mark Karpeles pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure. Plaintiff seeks permission to serve Mr. Karpeles via email to his personal email address, magicaltux@gmail.com, and via delivery to his retained counsel in *Greene v. Karpeles*, No. 14-cv-1437 (N.D. Ill.). Having considered the Motion, Memorandum, and Declaration of Rafey S. Balabanian, the Court finds that (i) the approval of alternative service in this instance is appropriate and necessary; (ii) the proposed methods of service are not prohibited by international agreement; and (iii) the proposed methods of service are reasonably calculated, under the circumstances, to apprise Mr. Karpeles of the pendency of this action and afford him an opportunity to present his objections, and therefore comport with due process.

**WHEREFORE, IT IS HEREBY ORDERED THAT Plaintiff's Motion to Approve Alternative Service on Defendant Mark Karpeles is GRANTED.** Plaintiff shall deliver copies of the complaint and summons on Mr. Karpeles via email at magicaltux@gmail.com and via delivery to his counsel, Bevin Brennan, at Pedersen & Houpt, 161 North Clark Street, Suite

1

2700, Chicago, Illinois 60601. Plaintiff shall thereafter file a notice concerning completion of the

service approved herein on the public docket.

Dated: *March 4, 2019*

Hon. Robert F. Kelly
United States District Judge