IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 18-cv-00306<br><br>Hon. Robert F. Kelly |

**CERTIFICATE OF SERVICE**

I, Rafey S. Balabanian, hereby certify that I served copies of the Complaint (dkt. 1), Summons, and Order Granting Alternative Service (dkt. 18) on Defendant Mark Karpeles by causing true and accurate copies of such papers to be emailed to magicaltux@gmail.com on March 4, 2019 and hand delivered via courier to Bevin Brennan, Pedersen & Houpt, 161 North Clark Street, Suite 2700, Chicago, Illinois 60601 on March 5, 2019.

/s/ Rafey S. Balabanian