IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>MARK KARPELES, an individual,<br><br>      Defendant. | CIVIL ACTION<br><br>No. 18-00306(RK) |

## **[PROPOSED] ORDER**

AND NOW this ___ day of _____, 2019, upon consideration of the Motion to Dismiss the Complaint filed by Defendant Mark Karpeles and any response thereto, it is HEREBY ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that Plaintiff's claim against Mark Karpeles is DISMISSED with prejudice.

_____
Hon. Robert F. Kelly