# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY PEARCE, individually and on behalf of all others similarly situated, : : : Plaintiff, : : v. : : MARK KARPELES, an individual, : : : Defendant. : | CIVIL ACTION<br><br>No. 18-00306(RK) |

## CERTIFICATE OF SERVICE

    I, Albert A. Ciardi, III, hereby certify that on the 18th day of April, 2019, I caused a true and correct copy of the: (i) Defendant Mark Karpeles' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2), (ii) Defendant Mark Karpeles' Memorandum of Law in Support of His Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2), (iii) Proposed Order, and (iv) Declaration of Mark Karpeles, to be served via the Court's electronic transmission and electronic mail, on the following parties as listed below:

David S. Senoff, Esquire
Anapol Weiss
One Logan Square – Suite 1600
Philadelphia, PA 19103
dsenoff@anapolweiss.com

Rafey S. Balabanian, Esquire
Edelson, P.C.
123 Townsend Street
San Francisco, CA 94107
rbalabanian@edelson.com

                                          CIARDI CIARDI & ASTIN

                      By:    ***/s/ Albert A. Ciardi, III***
                                Albert A. Ciardi, III, Esquire