IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MIZUHO BANK, LTD., a Japanese financial institution, and MARK KARPELES, an individual,<br><br>*Defendants*. | Case No. 18-cv-00306<br><br>Hon. Robert F. Kelly |

## DECLARATION OF GREGORY PEARCE

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. In November 2013, I went through the process of "verifying" my Mt. Gox user account and identity through the Mt. Gox website. As proof of my identity and home address, I uploaded a copy of my Comcast cable bill to the Mt. Gox website. The bill indicated that my cable service address was GREGORY PEARCE, 1230 CHEYNEY RD FRN 2, WEST CHESTER PA 19382, and also included details about my Comcast cable account (e.g., account number, monthly payments, etc.).

2. In January 2014, I ordered a "YubiKey" from the Mt. Gox website and requested that it be shipped to my home address at Gregory Pearce, 1295 Clearbrook Road, West Chester, PA, 19380. The Mt. Gox website described the YubiKey as a physical item that implemented two-factor authentication when logging into the Mt. Gox website, and recommended that exchange users order and use the device to increase the level of security on their Mt. Gox accounts. I paid for the YubiKey through the Mt. Gox website.

3.      In early February 2014, I received the YubiKey at my Westchester, PA address. Exhibit A, attached hereto, is a true and accurate depiction of the materials I received in that mailing. The materials included the outside envelope (which bore the Mt. Gox logo and address), a cover letter (addressed to my residence in West Chester, PA and bearing the Mt. Gox logo and address), a customs declaration (showing that the YubiKey was shipped by Tibanne Co. Ltd. and to my residence in West Chester, PA), a packing slip (showing that the YubiKey was shipped by Tibanne Co. Ltd. and to my residence in West Chester, PA), and invoice (showing that (i) the YubiKey was shipped by Tibanne Co. Ltd. and to my residence in West Chester, PA and (ii) the cost of the YubiKey was $14.99 USD).

4.      All of my interactions with the Mt. Gox exchange were done through its website, located at www.mtgox.com. Among other things, I used the Mt. Gox website to open my account, transfer bitcoins into my account, convert my bitcoins to cash, initiate a cash withdrawal from the exchange (which was not completed), "verify" my account through the process described above, communicate with the Mt. Gox customer service team, and order a YubiKey security device, as also described above.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed May 2, 2019 in West Chester, Pennsylvania.

*Gregory Pearce*

Gregory Scott Pearce

# Exhibit A

**MT.GOX**

MTGOX Co., Ltd.
Cross Office Shibuya Medio 2C, 11-5 Shibuya 2-Chome, Shibuya-ku, Tokyo 150-0002

Confidential                                                                                                                                      Pearce001448



MtGox c/o Tibanne Co. Ltd.
Cerulean Tower 15F
26-1 Sakuragaokacho
〒150-8512 Shibuya Tokyo
Japan

Gregory Pearce
1295 Clearbrook Road
19380 West Chester
PA
United States
Tel: 6107019185
EMS Tracking: EL008261355JP

Dear Gregory Pearce,

Your MtGox.com account **beeblebrox** has been enabled to support two-factor authentication.

Please find attached your Yubikey with serial number **2173997**, which will allow you to login on MtGox.com.

Your Yubikey can generate two different OTP passwords depending on the way you use it:

- If you touch the Yubikey round part for less than half a second, the first OTP is generated. This password is required for logging into the site.
- If you touch and keep your finger on the yubikey for about 3 seconds, you will generate a withdraw password.

Please contact us at info@mtgox.com or visit our support site http://support.mtgox.com/ if you have any question.

Please note that your Yubikey can only be used on MtGox.com, as it is specifically programmed for our site.

Thanks,

The Mt.Gox Team

| | | | | | CN23 |
|---|---|---|---|---|---|
| 日本国郵政府<br>(Administration des postes) **JAPON** | | 2 税関告知書 DÉCLARATION EN DOUANE | | | |

Customs declaration: 1 Please enclose in the pouch

| | | 通関用の差出人参照<br>番号(ある場合のみ)<br>Référence en douane de l'expéditeur (si elle existe) | 郵便物番号(バーコード番号など)<br>Nº de l'envoi (code à barres, s'il existe) | 職権により開くことができる<br>Peut être ouvert d'office |
|---|---|---|---|---|
| 差出人<br>De | 差出人氏名<br>Nom | | **EL008261355JP** | |
| | 差出事業者名<br>Société/Firme | TIBANNE CO. LTD. | | |
| | 住所<br>Rue | 11-5 Shibuya 2-Chome<br>Shibuya-ku   Tokyo | | |
| | 郵便番号<br>Code postal | 150-0002 | | |
| | 差出国名<br>Pays | JAPAN | | |
| 受取人<br>À | 受取人氏名<br>Nom | Gregory Pearce | | |
| | 受取事業者名<br>Société/Firme | | | |
| | 住所<br>Rue | 1295 Clearbrook Road<br>West Chester   PA | | |
| | 郵便番号<br>Code postal | 19380 | | |
| | 名あて国<br>Pays | UNITED STATES OF AMERICA | | |

輸入者のタックスコード、VAT番号等（記載は任意です。）Référence de l'importateur (si elle existe) (code fiscal/n° de TVA/code de l'importateur) (facultatif)

輸入者連絡先（電話、FAX、e-mail）Nº de téléphone/fax/e-mail de l'importateur (si connus)
6107019185

| 内容品の詳細な記載<br>Description détaillée du contenu (1) | 数量 Quantité (2) | 正味重量(g)<br>Poids net(en g) (3) | 価格 Valeur (5) | 商品の場合のみ記載 Pour les envois commerciaux seulement | |
|---|---|---|---|---|---|
| | | | | 国際貿易商品の分類コード(HSコード)<br>Nº tarifaire du SH (7) | 物品の原産国<br>Pays d'origine des marchandises (8) |
| USB CHIP YUBIKEY #2173997 | 1 | | USD 14.99 | | SWEDEN |

| | 総重量 Poids brut total (4) | 総額 Valeur totale (6) |
|---|---|---|
| | 36 | USD 14.99 |

次の内容品種別の枠内にX印をつけてください。
Catégorie de l'envoi (10)

| | |
|---|---|
| | 贈物 Cadeau |
| X | 商品 Article |
| | 身のまわり品 Effets personnels |
| | 商品見本 Echantillon commercial |
| | その他 Autre |
| | 書類 Document |

説明 Explication:

差出局/差出年月日 Bureau d'origine/Date de dépôt

2014/01/31

備考<br>Observations (11):

下記署名者は、この税関告知書の記載事項が正確なこと、及びこの郵便物に郵便法令により禁止されている危険品を入れていないことを保証します。
Je certifie que les renseignements donnés dans la présente déclaration en douane sont exacts et que cet envoie contient aucun objet dangereux ou interdit par la législation ou la réglemen.

| 免許 Licence (12)<br>免許番号 Nº(s) de la/des licences | 証明書 Certificat (13)<br>証明番号 Nº(s) du/des certificats | インボイス Facture (14)<br>インボイス番号 Nº de la facture | 差出人の署名及び日付 Date et signature de l'expéditeur (15) |
|---|---|---|---|

Confidential
Pearce001450

# EMS 国際スピード郵便

## 送り状 (Dispatch Note) — 物品用 (For goods)

**JAPAN POST** — JAPAN  職権により開くことがあります / May be opened officially

お問い合わせ番号 (item number): EL 008 261 355 JP

| From (Sender) Name & Address | 受付年月日 Date mailed | 受付時刻 Time mailed | 郵便料金 | 諸料金 |
|---|---|---|---|---|
| TIBANNE CO. LTD.<br>11-5 Shibuya 2-Chome<br>Shibuya-ku<br>Tokyo | 年(Year) 2014<br>月(Month) 01<br>日(Date) 31 | 時(hour) / 分(Minute) | 1200 | |
| | 総重量 Total gross weight: 36 g | | 合計金額 Postage Paid: 1200 円(yen) | |

**To (Addressee) Name & Address**
Gregory Pearce
1295 Clearbrook Road
West Chester
PA
Postal Code 19380
Country UNITED STATES OF AMERICA

Postal Code 150-0002   JAPAN
TEL 03-4520-6200   FAX 03-4520-6299
TEL 6107019185   FAX

| Detailed description of contents | HSコード HS tariff number | Country of origin of goods | Number of items contained | Net weight (g) | Value |
|---|---|---|---|---|---|
| USB CHIP YUBIKEY #2173997 | | SWEDEN | 1 | | USD14.99 |

Insert a cross (×), if the item contains:
- [ ] a gift
- [X] merchandise
- [ ] personal effects
- [ ] a sample
- [ ] others
- [ ] document

Total Value: 1200 Yen

[X] I checked that contents above are not dangerous goods.
ご署名 Signature of the sender

20万円超 申告対象郵便物

この郵便物は Number of this pieces: 番目 / 個中 Total number of pieces

ご注意! この用紙は送り状です。専用パウチに入れてください。
(To Post and Customs Officer) This is EMS Dispatch Note. Proof of delivery attached on the back.

--- Fold in half and enclose in the pouch ---

# EMS 国際スピード郵便

## 配達証 (PROOF OF DELIVERY)

item number: EL 008 261 355 JP

| From (Sender) Name & Address | 受付年月日 Date mailed | 配達日時 (Date/time of delivery) | ご署名 (Signature of recipient) |
|---|---|---|---|
| TIBANNE CO. LTD.<br>11-5 Shibuya 2-Chome<br>Shibuya-ku<br>Tokyo | 年(Year) 2014<br>月(Month) 01<br>日(Date) 31 | | |

**To (Addressee) Name & Address**
Gregory Pearce
1295 Clearbrook Road
West Chester
PA
Postal Code 19380
Country UNITED STATES OF AMERICA

Postal Code 150-0002   JAPAN
TEL 03-4520-6200   FAX 03-4520-6299
TEL 6107019185   FAX

| Detailed description of contents | HSコード HS tariff number | Country of origin of goods | Number of items contained | Net weight (g) | Value |
|---|---|---|---|---|---|
| USB CHIP YUBIKEY #2173997 | | SWEDEN | 1 | | USD14.99 |

Insert a cross (×), if the item contains:
- [ ] a gift
- [X] merchandise
- [ ] personal effects
- [ ] a sample
- [ ] others
- [ ] document

Total Value: 1200 Yen

[X] I checked that contents above are not dangerous goods.

20万円超 申告対象郵便物

この郵便物は Number of this pieces: 番目 / 個中 Total number of pieces

ご注意! この用紙は配達証です。山折後こちらを裏面にして専用パウチに入れてください。

# INVOICE

1枚目／1 枚中

インボイス作成日(Date) :2014 / 01 / 31
作成地(Place) :Tokyo

| ご依頼主 (Sender): | |
|---|---|
| TIBANNE CO. LTD.<br>11-5 Shibuya 2-Chome<br>Shibuya-ku<br>Tokyo<br>150-0002, JAPAN | 郵便物番号 (Mail Item No.): **EL008261355JP**<br><br>送達手段 (Shipped Per) : E M S<br><br>支払い条件 (Terms of Payment): |
| TEL 03-4520-6200    FAX 03-4520-6299 | 備考 (Remarks):<br>☒ 有償 (Commercial value)<br>☐ 無償 (No Commercial value)<br>   ☐ 贈物 (Gift)  ☐ 商品見本 (Sample)  ☐ その他 (Other)<br>Invoice No. |
| お届け先 (Addressee):<br>Gregory Pearce<br>1295 Clearbrook Road<br>West Chester<br>PA<br>19380, UNITED STATES OF AMERICA<br><br>TEL 6107019185    FAX | |

Invoice: 2
Please enclose in the pouch

| 内容品の記載<br>(Description) | 原産国<br>(Country of origin) | 正味重量<br>(Net Weight) g | 数量<br>(Quantity) | 単価<br>(Unit Price) | 合計額<br>(Total Amount) |
|---|---|---|---|---|---|
| USB CHIP YUBIKEY #2173997 | SWEDEN | | 1 | USD 14.99 | USD 14.99 |
| 総合計 (Total) | | | | | USD 14.99 |

郵便物の個数 (Number of pieces) :
総重量 (Gross weight) g : 36

F.O.B.JAPAN
署名(Signature)

Mt.Gox Co.,Ltd.
Cross Office Shibuya Medio 2-C
11-5 Shibuya 2-Chome
150-0002 Shibuya Tokyo
Japan

Confidential                                     Pearce001452