IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>Defendant. | CIVIL ACTION<br><br>No. 18-306 |

# O R D E R

**AND NOW**, this 26th day of July, 2019, upon consideration of Defendant Mark Karpeles' ("Karpeles") Motion to Dismiss for Lack of Jurisdiction pursuant to Federal Rule of Civil Procedure § 12(b)(2), (Doc. No. 20), Plaintiff Gregory Pearce's ("Pearce") Response in Opposition to the Motion to Dismiss, and Karpeles' Reply to Pearce's Response in Opposition to the Motion to Dismiss, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE