## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY PEARCE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARK KARPELES, an individual,<br><br>*Defendant*. | Case No. 18-cv-00306<br><br>Hon. Robert F. Kelly |

### STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the agreement of all parties that have appeared in this case, plaintiff Gregory Pearce hereby dismisses his individual claims against defendant Mark Karpeles with prejudice, and the claims of the putative class without prejudice. All parties shall bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: September 26, 2019

Respectfully submitted,

By: /s/ Benjamin S. Thomassen
*One of Plaintiff's Attorneys*

Benjamin S. Thomassen (*pro hac vice*)
bthomassen@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9495

*Attorneys for Plaintiff*

Dated: September 26, 2019

By: /s/ Albert A. Ciardi, III (with consent)
*One of Defendant's Attorneys*

1

Albert A. Ciardi, III, Esquire
PA Attorney ID No.: 63598
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com

*Counsel for Defendant Mark Karpeles*

3

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, hereby certify that I served the above and foregoing document by causing true and accurate copies of such paper to delivered to all counsel of record via the Court's CM/ECF system on September 26, 2019.

                                              /s/ Benjamin S. Thomassen